UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL MARTINEZ, | No. C-12-0815 EMC (pr) |
|     Plaintiff, | |
|     v. | **ORDER OF TRANSFER** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, *et al.*, | |
|     Defendants. _____/ | |

Manuel Martinez, an inmate at Avenal State Prison, filed this *pro se* civil rights action under 42 U.S.C. § 1983. He complains of events and omissions that occurred at Avenal State Prison, which is located in Kings County and possibly at Deuel Vocational Institution, which is located in San Joaquin County. Both Kings County and San Joaquin County are located within the venue of the Eastern District of California. The Defendants work at Avenal State Prison or Deuel Vocational Institute, and apparently reside in the Eastern District of California. No Defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern

///
///
///
///
///
///
///

District. Venue therefore would be proper in the Eastern District, and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court for the Eastern District of California. The Clerk shall transfer this matter.

IT IS SO ORDERED.

Dated: April 9, 2012

_____
EDWARD M. CHEN
United States District Judge

2